UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. DAVID J. KAPPOS, )<br>    Under Secretary of Commerce for )<br>    Intellectual Property & Director of the )<br>    United States Patent & Trademark Office, )<br>)<br>Defendant. )<br>) | Civil Action No. 10-1145 (RJL) |

**NOTICE OF APPEAL**

Notice is hereby given that Acetelion Pharmaceuticals, Ltd., plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the Order (Doc. 16) entered by the Clerk of this Court on September 23, 2013, denying Plaintiff's Motion for Summary Judgment (Doc. 9), granting Defendant's Cross-Motion for Summary Judgment (Doc. 10), and ordering that the Plaintiff's Complaint be dismissed.

                                                            Respectfully submitted,

                                                            _/s/_ Thomas Hoxie
                                                            Thomas Hoxie, D.C. Bar No. 15366
                                                           Hoxie and Associates, LLC
                                                            Millburn, NJ 07041
                                                           (973) 912-5232
                                                           (973) 912-5236 (fax)
                                                           Email: tom@hoxpat.com

                                                           *Attorney for Plaintiff*
November 6, 2013                                        *Actelion Pharmeceuticals, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of November 2013, this Notice of Appeal was filed with the Clerk of the Court via the ECF system, causing it to be served on Defendant's counsel of record.  A courtesy copy is being sent by e-mail to Mitchell Zeff, Esq. (Mitchell.Zeff@usdoj.gov), counsel for the Defendant.


                                                   /s/ Thomas Hoxie_____